# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 23 WM 2016
:
Respondent :
:
:
:
v. :
:
:
:
DERRICK RAYMOND ELLIOT, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of April, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**, **WITHOUT PREJUDICE** to seek similar relief in the Court of Common Pleas of Allegheny County. *See Commonwealth v. Elliott*, CP-02-CR-0014878-2010 (order dated Jan. 19, 2016) (directing newly appointed counsel to file an amended PCRA petition or a no-merit letter within 90 days).